AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Christine R. Woodward | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:09-CV-2933-MBS-RSC |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is reversed and remanded under 42 U.S.C §§ 405(g) and 1383(c)(3) for:   1) reassessment of Plaintiff's credibility, 2) an RFC assessment taking Plaintiff's credibility into account, and 3) a determination of whether there are jobs that exist in significant numbers in the national economy that the claimant can perform.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:   February 23, 2011                           *CLERK OF COURT* Larry W. Propes

                                                    s/Chondra S. White
                                                    *Signature of Clerk or Deputy Clerk*